UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 0 2 2005

Michael N. Milby, Clerk

| | |
|---|---|
| PHYLLIS VETTER, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CASE NO. 4:04-CV-3177 |
| § | |
| WELLS FARGO BANK, N.A., § | |
| § | |
| Defendant. § | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, the Parties stipulate to the entry of an order dismissing this case in its entirety with prejudice. A proposed order is attached hereto.

As grounds for this motion, the Parties state as follows:

The Parties have entered into a settlement agreement which has resolved all disputes and claims relating to this matter.

As part of their settlement agreement, the Parties have agreed to execute and file this Stipulation.

Dated: _____, 2005.

_____
Craig Rockwell Keener

1005 Heights Boulevard
Houston, Texas 77008
Telephone 713 529 0048
Facsimile 713 529 2498
State Bar Number 11167875

ATTORNEYS FOR PLAINTIFF
PHYLLIS A. VETTER

*(signature)*
Camille Stearns Miller
State Bar Number 24030235

Holland & Knight LLP
112 East Pecan, Suite 2700
San Antonio, Texas 78205
Telephone 210 229 3026
Facsimile 210 229 1194

ATTORNEY FOR WELLS FARGO BANK, N.A.

Page 13